**Pennsylvania Rules of the Judicial Ethics Advisory Board**

**Subchapter A.  Preliminary Provisions.**

***

**Rule 104. Pennsylvania Judicial Ethics Advisory Board**

***

**(b) Submissions from Representative <u>Courts and</u> Judicial Organizations.  <u>The President Judges of the Superior and Commonwealth Courts shall submit to the Chief Justice the names of three candidates for each Board position to be filled by a judge of their respective courts.</u>** The PCSTJ shall submit to the Chief Justice the names of three candidates for each Board position to be filled by a judge of a common pleas court or a judge of the Philadelphia Municipal Court.  The SCJAP shall submit to the Chief Justice the names of three candidates for each Board position to be filled by a magisterial district judge.  The Supreme Court shall select appointees for those positions from the names submitted.  In the absence of submissions, the Supreme Court shall proceed to fill the Board positions.

**(c) Terms and Vacancies.** The first nine appointments to the Board shall be for staggered terms as follows: three members appointed for **[nine]** <u>six</u> years, three members for **[six]** <u>four</u> years, and three members for **[three]** <u>two</u> years.  Thereafter, a new appointment to the Board shall be for a single **[nine]** <u>six</u>-year term.  A vacancy shall be filled from the same membership category**[, or in the case of a representative judicial organization,]** using the same process**[,]** from which the vacating member was appointed.  Appointments to fill a vacancy shall be for the balance of the term vacated.

***